# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131172 & (20)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARCHIE SHARP, JR.,
      Plaintiff-Appellant,

v

                                    SC: 131172
                                    COA: 266380

MONTCALM COUNTY JUDGE,
      Defendant-Appellee.

                                    Montcalm CC: 04-003381-AH

_____/

      On order of the Court, the application for leave to appeal the February 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

                                      Clerk

t0918